| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | D & W Real Estate Spring LLC<br>Name | EIN: | 11–3554591 |
| United States Bankruptcy Court | Southern District of New York | Date case filed for chapter: | 11    5/20/19 |
| Case number: | 19–23027–rdd | | |

Official Form 309F (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case    12/17

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office and the office of the U.S. Trustee cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | D & W Real Estate Spring LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 199 Lee Ave<br>Brooklyn, NY 11211 | |
| 4. | **Debtor's attorney**<br>Name and address | Mark A. Frankel<br>Backenroth Frankel & Krinsky, LLP<br>800 Third Avenue<br>11th Floor<br>New York, NY 10022 | Contact phone (212) 593–1100<br><br>Email: mfrankel@bfklaw.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 300 Quarropas Street<br>White Plains, NY 10601<br><br>Clerk of the Bankruptcy Court:<br>Vito Genna | Office Hours: Monday – Friday 8:30 AM – 5:00 PM<br><br>Contact phone 914–467–7250<br>Date: 5/30/19 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **June 26, 2019 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Cell phones are not permitted in the Courthouse without an Attorney Secure Pass which can be obtained at the U.S. District Court Clerk's Office.** | Location:<br><br>**United States Bankruptcy Court, SDNY, 300 Quarropas Street, Room TBD, White Plains, NY 10601–5008** |

**For more information, see page 2 >**

| | | |
|---|---|---|
| 7. | **Proof of claim deadline**<br><br>All Proofs of Claim must be filed electronically on the Court's website or mailed to the court at the address listed in section 5. | **Deadline for filing proof of claim:** Not yet set. If a deadline is set, the court will send you another notice.<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>Your claim will be allowed in the amount scheduled unless:<br><br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee. | If 523(c) applies to your claim and you seek to have it exempted from discharge, you must start a judicial proceeding by filing a complaint. |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523 (c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

United States Bankruptcy Court
Southern District of New York

In re:                                                                    Case No. 19-23027-rdd
D & W Real Estate Spring LLC                                              Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-7         User:                    Page 1 of 2              Date Rcvd: May 30, 2019
                             Form ID: 309F            Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2019.
```
db              +D & W Real Estate Spring LLC,    199 Lee Ave,    Brooklyn, NY 11211-8919
aty             +Daniel A. Fliman,    Stroock & Stroock & Lavan LLP,    180 Maiden Lane,    New York,
                  New York, NY 10038-4982
smg             +N.Y. State Unemployment Insurance Fund,    P.O. Box 551,    Albany, NY 12201-0551
smg             +United States Attorney's Office,    Southern District of New York,
                  Attention: Tax & Bankruptcy Unit,    86 Chambers Street, Third Floor,    New York, NY 10007-1825
7535013         +Abrams Fensterman LLP,    1 Metrotech Center,    Suite 1701,    Brooklyn, NY 11201-3949
7535014         +Alana Viera,    342 Rodney St,    2,    Brooklyn, NY 11211-4651
7535015         +Alexander Sherba,    144 Huntington St,    1,    Brooklyn, NY 11231-0847
7534999         +Backenroth Frankel & Krinsky,    800 Third Avenue,    11th Floor,    New York, NY 10022-7651
7535017         +Brooklyn lender LLC,    370 Lexington Ave,    Suite 1812,    New York, NY 10017-6579
7535019         +Christopher Roderick,    130 South 2nd St,    3,    Brooklyn, NY 11249-5205
7534997         +City of New York,    NYC Law Department,    100 Church St,    New York, NY 10007-2668
7535020         +Claire Gilbertsen,    68 Carroll St,    3,    Brooklyn, NY 11231-2749
7535022         +Emma Roszak,    318 Bedford Ave,    3,    Brooklyn, NY 11249-4296
7535023         +Eric Torres,    740 Driggs Ave,    3,    Brooklyn, NY 11211-5364
7535024         +Harshal Amin,    318 Bedford Ave,    2,    Brooklyn, NY 11249-4296
7534992         +Internal Revenue Service,    c/o US Attorney Claims Unit,    One Saint Andrews Plaza Rm 417,
                  New York, NY 10007-1701
7535025         +Jesse Patch,    144 Huntington St,    3,    Brooklyn, NY 11231-0847
7535026         +Joseph Caravaglia,    68 Carroll St,    2,    Brooklyn, NY 11231-2749
7535027         +Joshua Kaufman,    342 Rodney St,    4,    Brooklyn, NY 11211-4651
7535028         +Joshua Wagschal,    94 Herrick Ave,    Spring Valley, NY 10977-3801
7535029         +Kaiser Sandwipi,    68 Carroll St,    1,    Brooklyn, NY 11231-2749
7535030         +Kelly Lynn Chagnon,    342 Rodney St,    3,    Brooklyn, NY 11211-4651
7535031         +Kriss & Feuerstein LLP,    360 Lexington Ave,    New York, NY 10017-6555
7535032         +Matthew Kantner,    342 Rodney St,    1,    Brooklyn, NY 11211-4651
7535033         +Maxwell Aliapoulios,    130 South 2nd St,    2,    Brooklyn, NY 11249-5205
7534998         +NYC Department of Finance,    66 John Street,    New York, NY 10038-3728
7535036          NYC Dept. of Finance,    P.O. Box 680,    Newark, NJ 07101-0680
7535037         +Sadekeen Alam,    318 Bedford Ave,    STORE,    Brooklyn, NY 11249-4376
7535038         +Sanam Skelly,    144 Huntington St,    2,    Brooklyn, NY 11231-0847
7535039         +Sidley Austin LLP,    787 7th Ave,    New York, NY 10019-6088
7534996         +State of New York,    Attorney General's Office,    120 Broadway,    New York, NY 10271-0002
7535040         +Stephanie Broderick,    130 South 2nd St,    1,    Brooklyn, NY 11249-5205
7536113         +Stroock & Stroock & Lavan LLP,    Attorneys for Brooklyn Lender LLC,    180 Maiden Lane,
                  New York, NY 10038-4982
7535041         +Torin Martin Blankensmith,    130 South 2nd St,    4,    Brooklyn, NY 11249-5205
7534994         +United States of America,    c/o U.S. Attorney,    86 Chambers Street,    New York, NY 10007-1825
7535042         +Vinnysnia Armsworth,    68 Carroll St,    BSMNT,    Brooklyn, NY 11231-2749
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: mfrankel@bfklaw.com May 30 2019 19:56:13     Mark A. Frankel,
                  Backenroth Frankel & Krinsky, LLP,    800 Third Avenue,    11th Floor,    New York, NY  10022
smg              EDI: IRS.COM May 31 2019 00:03:00      Internal Revenue Service,    PO Box 7346,
                  Philadelphia, PA  19101-7346
smg              E-mail/Text: nys.dtf.bncnotice@tax.ny.gov May 30 2019 19:56:32
                  New York State Tax Commission,    Bankruptcy/Special Procedures Section,    P.O. Box 5300,
                  Albany, NY  12205-0300
ust             +E-mail/Text: ustpregion02.br.ecf@usdoj.gov May 30 2019 19:56:20      United States Trustee,
                  Office of the United States Trustee,    U.S. Federal Office Building,
                  201 Varick Street, Room 1006,    New York, NY 10014-9449
7534995         +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov May 30 2019 19:56:32      NYS Dept of Tax & Finance,
                  Bankruptcy Unit,    PO Box 5300,    Albany, NY 12205-0300
7534993         +E-mail/Text: ustpregion02.br.ecf@usdoj.gov May 30 2019 19:56:20
                  Office of The United States Trustee,    U.S. Federal Office Building,    201 Varick Street,
                  Suite 1006,    New York, NY 10014-9449
                                                                                              TOTAL: 6
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Brooklyn Lender LLC
7535000          106 Kingston LLC
7535001          1125-1133 Greene Ave LLC
7535002          119 Rogers LLC
7535003          1213 Jefferson LLC
7535004          127 Rogers LLC
7535005          167 Hart LLC
7535006          325 Franklin LLC
7535007          53 Stanhope LLC
7535008          55 Stanhope LLC
7535009          618 Lafayette LLC
7535010          740Driggs Cafe LLC,    Elizabeth Harrison,    740 Driggs Ave,    STORE,    1R,    2
7535011          834 Metropolitan Avenue LLC
7535012          92 South 4th St LLC
```

```
District/off: 0208-7          User:                    Page 2 of 2              Date Rcvd: May 30, 2019
                              Form ID: 309F            Total Noticed: 42

              ***** BYPASSED RECIPIENTS (continued) *****
7535016         APC Holding 1 LLC
7535018         C & YSW, LLC
7535021         Eighteen Homes LLC
7535034         Meserole and Lorimer LLC
7535035         Natzliach LLC
                                                                               TOTALS: 19, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2019 at the address(es) listed below:
              Daniel A. Fliman    on behalf of Creditor    Brooklyn Lender LLC dfliman@stroock.com,
               mmagzamen@stroock.com;jpierce@stroock.com;mlaskowski@stroock.com;dmohamed@stroock.com;isasson@stroock.com
              Mark A. Frankel    on behalf of Debtor    D & W Real Estate Spring LLC mfrankel@bfklaw.com,
               mfrankel@bfklaw.com;mark_frankel@yahoo.com;frankel.mark@gmail.com;frankelmr74702@notify.bestcase.com
              United States Trustee    USTPRegion02.NYECF@USDOJ.GOV
                                                                                            TOTAL: 3