**Fill in this information to identify the case:**

Debtor name    **D & W Real Estate Spring LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **19-23027**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  3, 2019**        X **/s/ David Goldwasser, authorized signatory of GC Realty Advisors**
                                        Signature of individual signing on behalf of debtor

                                        **David Goldwasser, authorized signatory of GC Realty Advisors**
                                        Printed name

                                        **Vice President**
                                        Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **D & W Real Estate Spring LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | **19-23027** |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Abrams Fensterman LLP 1 Metrotech Center Suite 1701 Brooklyn, NY 11201 | | | | | | $150,400.00 |
| Advanced Builders Services NY Corp 62 Rutledge Street #115 Brooklyn, NY 11249 | | | Unliquidated | | | $2,500.00 |
| All County Sewer & Drain Inc 879 Whittier St Bronx, NY 10474 | | | | | | $163.31 |
| AmTrust North America 800 Superior Ave E 21st Floor Cleveland, OH 44114 | | | Unliquidated | | | $8,049.48 |
| FIU Corp 51-02 21st Street 3rd Floor Long Island City, NY 11101 | | | Unliquidated | | | $5,500.00 |
| Hagan Coury & Associates 908 4th Ave Brooklyn, NY 11232 | | | Unliquidated | | | $550.00 |
| Home Quest Properties Corp P.O. Box 20575 New York, NY 10011 | | | Unliquidated | | | $32,500.00 |
| Joshua Wagschal 94 Herrick Ave Spring Valley, NY 10977 | | | Unliquidated | | | $2,500,000.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **D & W Real Estate Spring LLC** | | Case number *(if known)* | **19-23027** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **NYC Dept. of Finance**<br>**P.O. Box 680**<br>**Newark, NJ**<br>**07101-0680** | | | **Unliquidated** | | | **$26,553.00** |
| **NYC Water Board**<br>**PO Box 11863**<br>**Newark, NJ**<br>**07101-8163** | | | **Unliquidated** | | | **$28,660.65** |
| **Restoration Sewer & Drain Specialist LLC**<br>**P.O. Box 949**<br>**Bronx, NY 10462** | | | | | | **$4,450.00** |
| **Sam The Glazier**<br>**245 Wilson Ave**<br>**Brooklyn, NY 11237** | | | **Unliquidated** | | | **$979.88** |
| **SBS Boiler Repair**<br>**199 Lee Ave #551**<br>**Brooklyn, NY 11211** | | | | | | **$489.94** |
| **Silver Spring Capital**<br>**244 5th Ave, Suite 2232**<br>**New York, NY 10001** | | | | | | **$6,750.00** |
| **Superior Appliance**<br>**509 Dahill Rd**<br>**Brooklyn, NY 11218** | | | | | | **$151.34** |
| **Sweepy Maintenance**<br>**199 Lee Ave #992**<br>**Brooklyn, NY 11211** | | | | | | **$225.00** |
| **Tri State Sewer & Drain**<br>**183 Wilson Street #484**<br>**Brooklyn, NY 11211** | | | **Unliquidated** | | | **$163.31** |
| **Ushey Tauber**<br>**1032-57th Street**<br>**Brooklyn, NY 11219** | | | **Unliquidated** | | | **$85.00** |
| **Zilch Exterminator Inc**<br>**547 Bedford Ave**<br>**Brooklyn, NY 11211** | | | | | | **$359.28** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **D & W Real Estate Spring LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) **19-23027**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                        12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $     **26,000,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $     **0.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $     **26,000,000.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **12,897,587.95**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $     **55,213.65**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$     **2,713,316.54**

4.  Total liabilities ....................................................................................................................
    Lines 2 + 3a + 3b      $     **15,666,118.14**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **D & W Real Estate Spring LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   **19-23027**

☐ Check if this is an
    amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**                    Current value of
                                                                                        debtor's interest

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **D & W Real Estate Spring LLC** | Case number *(If known)* | **19-23027** |
|---|---|---|---|
| | Name | | |

☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.       Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **130 South 2nd Street, Brooklyn, NY 11249**<br>**318 Bedford A venue, Brooklyn, NY 11249**<br>**740 Driggs Avenue, Brooklyn, NY 11211 (Block 2418, Lot 24)**<br>**144 Huntington Street, Brooklyn, NY 11231 (Block 381, Lot 14)**<br>**68 Carroll Street, Brooklyn, NY 11231 (Block 353, Lot 12)**<br>**342 Rodney Street, Brooklyn, NY 11211 (Block 2436, Lot 1)**<br>**178 Meserole Street, Brooklyn NY**<br>**180 Meserole Street, Brooklyn NY**<br>**182 Meserole Street, Brooklyn NY**<br>**440 Lorimer Street** | Joint Onwership with Meserole & Lorimer LLC | Unknown | Debtor's Opinion | $26,000,000.00 |

---

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.

| $26,000,000.00 |
|---|

| Debtor | **D & W Real Estate Spring LLC** | Case number *(If known)* | **19-23027** |
|---|---|---|---|
| | Name | | |

Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **D & W Real Estate Spring LLC**                                     Case number *(If known)*  **19-23027**
        Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................................................> | | $26,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $26,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $26,000,000.00 |

**Fill in this information to identify the case:**

Debtor name      **D & W Real Estate Spring LLC**

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF NEW YORK

Case number (if known)      **19-23027**

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | | |

| 2.1  **Brooklyn lender LLC**<br>Creditor's Name<br><br><br>**370 Lexington Ave<br>Suite 1812<br>New York, NY 10017**<br>Creditor's mailing address<br><br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**130 South 2nd Street, Brooklyn, NY 11249<br>318 Bedford A venue, Brooklyn, NY 11249<br>740 Driggs Avenue, Brooklyn, NY 11211<br>(Block 2418, Lot 24)<br>144 Huntington Street, Brooklyn, NY 11231<br>(Block 381, Lot 14)<br>68 Carroll Street, Brooklyn, NY 11**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | **$12,897,587.95** | **$26,000,000.00** |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$12,897,587.95**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Kriss & Feuerstein LLP<br>360 Lexington Ave<br>New York, NY 10017** | Line  **2.1** | |

| Debtor | **D & W Real Estate Spring LLC** | | Case number (if know) | **19-23027** |
|---|---|---|---|---|
| | Name | | | |

**Sidley Austin LLP**
**787 7th Ave**
**New York, NY 10019**

Line   **2.1**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **D & W Real Estate Spring LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **19-23027**

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**NYC Dept. of Finance**<br>**P.O. Box 680**<br>**Newark, NJ 07101-0680** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $26,553.00 | $26,553.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**NYC Water Board**<br>**PO Box 11863**<br>**Newark, NJ 07101-8163** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $28,660.65 | $28,660.65 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **D & W Real Estate Spring LLC** | | Case number (if known) | **19-23027** |
|---|---|---|---|---|
| | Name | | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150,400.00** |
|---|---|---|---|
| | **Abrams Fensterman LLP**<br>**1 Metrotech Center**<br>**Suite 1701**<br>**Brooklyn, NY 11201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,500.00** |
|---|---|---|---|
| | **Advanced Builders Services NY Corp**<br>**62 Rutledge Street #115**<br>**Brooklyn, NY 11249** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$163.31** |
|---|---|---|---|
| | **All County Sewer & Drain Inc**<br>**879 Whittier St**<br>**Bronx, NY 10474** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,049.48** |
|---|---|---|---|
| | **AmTrust North America**<br>**800 Superior Ave E 21st Floor**<br>**Cleveland, OH 44114** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,500.00** |
|---|---|---|---|
| | **FIU Corp**<br>**51-02 21st Street 3rd Floor**<br>**Long Island City, NY 11101** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$550.00** |
|---|---|---|---|
| | **Hagan Coury & Associates**<br>**908 4th Ave**<br>**Brooklyn, NY 11232** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32,500.00** |
|---|---|---|---|
| | **Home Quest Properties Corp**<br>**P.O. Box 20575**<br>**New York, NY 10011** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **D & W Real Estate Spring LLC** | | Case number *(if known)* | **19-23027** |
|---|---|---|---|---|
| | Name | | | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500,000.00** |
|---|---|---|---|
| | Joshua Wagschal<br>94 Herrick Ave<br>Spring Valley, NY 10977 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,450.00** |
|---|---|---|---|
| | Restoration Sewer & Drain Specialist LLC<br>P.O. Box 949<br>Bronx, NY 10462 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$979.88** |
|---|---|---|---|
| | Sam The Glazier<br>245 Wilson Ave<br>Brooklyn, NY 11237 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$489.94** |
|---|---|---|---|
| | SBS Boiler Repair<br>199 Lee Ave #551<br>Brooklyn, NY 11211 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,750.00** |
|---|---|---|---|
| | Silver Spring Capital<br>244 5th Ave, Suite 2232<br>New York, NY 10001 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$151.34** |
|---|---|---|---|
| | Superior Appliance<br>509 Dahill Rd<br>Brooklyn, NY 11218 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | Superior Maintenance Supplies<br>162 Spencer Street<br>Brooklyn, NY 11205 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| Debtor | **D & W Real Estate Spring LLC** | | Case number (if known) | **19-23027** |
|---|---|---|---|---|
| | Name | | | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$225.00** |
|---|---|---|---|
| | **Sweepy Maintenance**<br>**199 Lee Ave #992**<br>**Brooklyn, NY 11211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$163.31** |
|---|---|---|---|
| | **Tri State Sewer & Drain**<br>**183 Wilson Street #484**<br>**Brooklyn, NY 11211** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$85.00** |
|---|---|---|---|
| | **Ushey Tauber**<br>**1032-57th Street**<br>**Brooklyn, NY 11219** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$359.28** |
|---|---|---|---|
| | **Zilch Exterminator Inc**<br>**547 Bedford Ave**<br>**Brooklyn, NY 11211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 55,213.65 |
| 5b. Total claims from Part 2 | 5b. + | $ | 2,713,316.54 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,768,530.19 |

**Fill in this information to identify the case:**

Debtor name   **D & W Real Estate Spring LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   **19-23027**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **740Driggs Cafe LLC Elizabeth Harrison**<br>**740 Driggs Ave**<br>**STORE 1R  2**<br>**Brooklyn, NY 11211** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Alana Viera**<br>**342 Rodney St**<br>**2**<br>**Brooklyn, NY 11211** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Alexander  Sherba**<br>**144 Huntington St**<br>**1**<br>**Brooklyn, NY 11231** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Christopher Roderick**<br>**130 South 2nd St**<br>**3**<br>**Brooklyn, NY 11249** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1    **D & W Real Estate Spring LLC**                                                    Case number *(if known)*    **19-23027**
　　　　　First Name　　　　　Middle Name　　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Claire Gilbertsen 68 Carroll St 3 Brooklyn, NY 11231 |
| | List the contract number of any government contract | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Emma Roszak 318 Bedford Ave 3 Brooklyn, NY 11249 |
| | List the contract number of any government contract | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Eric Torres 740 Driggs Ave 3 Brooklyn, NY 11211 |
| | List the contract number of any government contract | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Harshal Amin 318 Bedford Ave 2 Brooklyn, NY 11249 |
| | List the contract number of any government contract | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Jesse Patch 144 Huntington St 3 Brooklyn, NY 11231 |
| | List the contract number of any government contract | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | Joseph Caravaglia 68 Carroll St 2 Brooklyn, NY 11231 |
| | List the contract number of any | |

Debtor 1    **D & W Real Estate Spring LLC**                                Case number *(if known)*    **19-23027**
　　　　　　First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| | government contract |

**2.11.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Joshua Kaufman**
**342 Rodney St**
**4**
**Brooklyn, NY 11211**

**2.12.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Kaiser Sandwipi**
**68 Carroll St**
**1**
**Brooklyn, NY 11231**

**2.13.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Kelly Lynn Chagnon**
**342 Rodney St**
**3**
**Brooklyn, NY 11211**

**2.14.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Matthew  Kantner**
**342 Rodney St**
**1**
**Brooklyn, NY 11211**

**2.15.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Maxwell Aliapoulios**
**130 South 2nd St**
**2**
**Brooklyn, NY 11249**

**2.16.** State what the contract or lease is for and the nature of the debtor's interest

**Sadekeen Alam**
** 318 Bedford Ave**
**STORE**
**Brooklyn, NY 11249**

Debtor 1    **D & W Real Estate Spring LLC**                                      Case number *(if known)*    **19-23027**
First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

State the term remaining

List the contract number of any
government contract    _____

---

2.17.    State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining                **Sanam Skelly**
**144 Huntington St**
List the contract number of any          **2**
government contract    _____    **Brooklyn, NY 11231**

---

2.18.    State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining                **Stephanie Broderick**
**130 South 2nd St**
List the contract number of any          **1**
government contract    _____    **Brooklyn, NY 11249**

---

2.19.    State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining                **Torin Martin Blankensmith**
**130 South 2nd St**
List the contract number of any          **4**
government contract    _____    **Brooklyn, NY 11249**

---

2.20.    State what the contract or
lease is for and the nature of
the debtor's interest

State the term remaining                **Vinnysnia Armsworth**
**68 Carroll St**
List the contract number of any          **BSMNT**
government contract    _____    **Brooklyn, NY 11231**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **D & W Real Estate Spring LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) **19-23027**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **106 Kingston LLC** | | **Abrams Fensterman LLP** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.2 | **1125-1133 Greene Ave LLC** | | **Abrams Fensterman LLP** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.3 | **119 Rogers LLC** | | **Abrams Fensterman LLP** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.4 | **1213 Jefferson LLC** | | **Abrams Fensterman LLP** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.5 | **127 Rogers LLC** | | **Abrams Fensterman LLP** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **D & W Real Estate Spring LLC** | Case number *(if known)* | **19-23027** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|
| 2.6 | **167 Hart LLC** | **Abrams Fensterman LLP** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.7 | **325 Franklin LLC** | **Abrams Fensterman LLP** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.8 | **53 Stanhope LLC** | **Abrams Fensterman LLP** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.9 | **55 Stanhope LLC** | **Abrams Fensterman LLP** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.10 | **618 Lafayette LLC** | **Abrams Fensterman LLP** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.11 | **834 Metropolitan Avenue LLC** | **Abrams Fensterman LLP** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.12 | **92 South 4th St LLC** | **Abrams Fensterman LLP** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.13 | **APC Holding 1 LLC** | **Abrams Fensterman LLP** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |

| Debtor | **D & W Real Estate Spring LLC** | Case number *(if known)* | **19-23027** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|
| 2.14 **C & YSW, LLC** | Joshua Wagschal | ☐ D _____ ■ E/F **3.8** ☐ G _____ |
| 2.15 **C & YSW, LLC** | Abrams Fensterman LLP | ☐ D _____ ■ E/F **3.1** ☐ G _____ |
| 2.16 **Eighteen Homes LLC** | Abrams Fensterman LLP | ☐ D _____ ■ E/F **3.1** ☐ G _____ |
| 2.17 **Meserole and Lorimer LLC** | Brooklyn lender LLC | ■ D **2.1** ☐ E/F _____ ☐ G _____ |
| 2.18 **Meserole and Lorimer LLC** | Joshua Wagschal | ☐ D _____ ■ E/F **3.8** ☐ G _____ |
| 2.19 **Meserole and Lorimer LLC** | Abrams Fensterman LLP | ☐ D _____ ■ E/F **3.1** ☐ G _____ |
| 2.20 **Natzliach LLC** | Joshua Wagschal | ☐ D _____ ■ E/F **3.8** ☐ G _____ |
| 2.21 **Natzliach LLC** | Abrams Fensterman LLP | ☐ D _____ ■ E/F **3.1** ☐ G _____ |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re  **D & W Real Estate Spring LLC** _____  Case No.  **19-23027** _____

_____ Debtor(s)  Chapter  **11** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept _____ $ _____ **6,750.00**

   Prior to the filing of this statement I have received _____ $ _____ **0.00**

   Balance Due _____ $ _____ **6,750.00**

2. The source of the compensation paid to me was:

   ■ Debtor          ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor          ☐ Other (specify):

4. ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Fee is a retainer only.  The Debtor is responsible for additional fees after retainer has been exhausted.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June  3, 2019** _____     **/s/ Mark Frankel** _____
_Date_                                            **Mark Frankel**
                                                  _Signature of Attorney_
                                                  **Backenroth Frankel & Krinsky, LLP**
                                                  **800 Thrid Avenue**
                                                  **New York, NY 10022**
                                                  **(212) 593-1100   Fax: (212) 644-0544**
                                                  _Name of law firm_

---

# United States Bankruptcy Court
## Southern District of New York

In re   **D & W Real Estate Spring LLC**                                                         Case No.   **19-23027**
_____
                                        Debtor(s)                            Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Chaskiel Strulovitch**<br>**116 Norstrand Ave**<br>**Brooklyn, NY 11205** | | | **99% Membership** |
| **Joshua Wagshal**<br>**199 Lee Avenue #157**<br>**Brooklyn, NY 11221** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the  **Vice President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date   **June  3, 2019**                               Signature   **/s/ David Goldwasser, authorized signatory of GC Realty**
_____                                  **Advisors**
                                                                 **David Goldwasser, authorized signatory of GC Realty**
                                                                 **Advisors**

    _Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re **D & W Real Estate Spring LLC**                    Case No. **19-23027**

                                    Debtor(s)             Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the  Vice President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **June  3, 2019**

**/s/ David Goldwasser, authorized signatory of GC Realty Advisors**
**David Goldwasser, authorized signatory of GC Realty Advisors/**
**Vice President**
Signer/Title