UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:  D & W REAL ESTATE SPRING LLC | CASE NO: 19-23027<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 7/2/2019, I did cause a copy of the following documents, described below,

Bar Date Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/2/2019

/s/ Mark Frankel
Mark Frankel  1989
Backenroth Frankel & Krinsky, LLP
800 Thrid Avenue
New York, NY  10022-0000
212 593 1100

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE: D & W REAL ESTATE SPRING LLC | CASE NO: 19-23027 |
|---|---|
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |

On 7/2/2019, a copy of the following documents, described below,

Bar Date Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/2/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Mark Frankel
Backenroth Frankel & Krinsky, LLP
800 Thrid Avenue
New York, NY  10022-0000

PARTIES DESIGNATED AS "EXCLUDED" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | DEBTOR | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING 02087<br>CASE 19-23027-RDD<br>SOUTHERN DISTRICT OF NEW YORK<br>WHITE PLAINS<br>TUE JUL 2 14-13-43 EDT 2019 | D  W REAL ESTATE SPRING LLC<br>199 LEE AVE<br>BROOKLYN NY 11211-8919 | ~~WHITE PLAINS DIVISION~~<br>~~300 QUARROPAS STREET~~<br>~~WHITE PLAINS NY 10601-4140~~ |

ABRAMS FENSTERMAN LLP
1 METROTECH CENTER
SUITE 1701
BROOKLYN NY 11201-3949

ALANA VIERA
342 RODNEY ST
2
BROOKLYN NY 11211-4651

ALEXANDER SHERBA
144 HUNTINGTON ST
1
BROOKLYN NY 11231-0847

BACKENROTH FRANKEL  KRINSKY
800 THIRD AVENUE
11TH FLOOR
NEW YORK NY 10022-7651

BROOKLYN LENDER LLC
370 LEXINGTON AVE
SUITE 1812
NEW YORK NY 10017-6579

CHRISTOPHER RODERICK
130 SOUTH 2ND ST
3
BROOKLYN NY 11249-5205

CITY OF NEW YORK
NYC LAW DEPARTMENT
100 CHURCH ST
NEW YORK NY 10007-2668

CLAIRE GILBERTSEN
68 CARROLL ST
3
BROOKLYN NY 11231-2749

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
POST OFFICE BOX 7346
PHILADELPHIA PA 19101-7346

EMMA ROSZAK
318 BEDFORD AVE
3
BROOKLYN NY 11249-4296

ERIC TORRES
740 DRIGGS AVE
3
BROOKLYN NY 11211-5364

HARSHAL AMIN
318 BEDFORD AVE
2
BROOKLYN NY 11249-4296

INTERNAL REVENUE SERVICE
CO US ATTORNEY CLAIMS UNIT
ONE SAINT ANDREWS PLAZA RM 417
NEW YORK NY 10007-1701

JESSE PATCH
144 HUNTINGTON ST
3
BROOKLYN NY 11231-0847

JOSEPH CARAVAGLIA
68 CARROLL ST
2
BROOKLYN NY 11231-2749

JOSHUA KAUFMAN
342 RODNEY ST
4
BROOKLYN NY 11211-4651

JOSHUA WAGSCHAL
94 HERRICK AVE
SPRING VALLEY NY 10977-3801

KAISER SANDWIPI
68 CARROLL ST
1
BROOKLYN NY 11231-2749

KELLY LYNN CHAGNON
342 RODNEY ST
3
BROOKLYN NY 11211-4651

KRISS  FEUERSTEIN LLP
360 LEXINGTON AVE
NEW YORK NY 10017-6555

MATTHEW KANTNER
342 RODNEY ST
1
BROOKLYN NY 11211-4651

MAXWELL ALIAPOULIOS
130 SOUTH 2ND ST
2
BROOKLYN NY 11249-5205

NYC DEPARTMENT OF FINANCE
66 JOHN STREET
NEW YORK NY 10038-3728

NYC DEPT OF FINANCE
PO BOX 680
NEWARK NJ 07101-0680

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| NYS DEPT OF TAX FINANCE<br>BANKRUPTCY UNIT<br>PO BOX 5300<br>ALBANY NY 12205-0300 | OFFICE OF THE UNITED STATES TRUSTEE<br>US FEDERAL OFFICE BUILDING<br>201 VARICK STREET<br>SUITE 1006<br>NEW YORK NY 10014-9449 | SADEKEEN ALAM<br>318 BEDFORD AVE<br>STORE<br>BROOKLYN NY 11249-4376 |
| SANAM SKELLY<br>144 HUNTINGTON ST<br>2<br>BROOKLYN NY 11231-0847 | SIDLEY AUSTIN LLP<br>787 7TH AVE<br>NEW YORK NY 10019-6088 | STATE OF NEW YORK<br>ATTORNEY GENERALS OFFICE<br>120 BROADWAY<br>NEW YORK NY 10271-0002 |
| STEPHANIE BRODERICK<br>130 SOUTH 2ND ST<br>1<br>BROOKLYN NY 11249-5205 | STROOCK STROOCK LAVAN LLP<br>ATTORNEYS FOR BROOKLYN LENDER LLC<br>180 MAIDEN LANE<br>NEW YORK NY 10038-4982 | TORIN MARTIN BLANKENSMITH<br>130 SOUTH 2ND ST<br>4<br>BROOKLYN NY 11249-5205 |
| UNITED STATES TRUSTEE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>US FEDERAL OFFICE BUILDING<br>201 VARICK STREET ROOM 1006<br>NEW YORK NY 10014-9449 | UNITED STATES OF AMERICA<br>CO US ATTORNEY<br>86 CHAMBERS STREET<br>NEW YORK NY 10007-1825 | VINNYSNIA ARMSWORTH<br>68 CARROLL ST<br>BSMNT<br>BROOKLYN NY 11231-2749 |
| MARK A FRANKEL<br>BACKENROTH FRANKEL KRINSKY LLP<br>800 THIRD AVENUE<br>11TH FLOOR<br>NEW YORK NY 10022-7651 | | |